RECEIVED
IN MONROE, LA
MAR 2 7 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | Cr. A. No. 06-30001 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| NICOLAS ROSS MCCULLEN | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

Having considered the Report and Recommendation of the Magistrate Judge, rendered in open court after a hearing held on March 3, 2006, a transcript of which has been filed herein, finding that the Magistrate Judge's findings are supported by the law and record in this matter, and noting the absence of objections,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of defendant Nicolas Ross McCullen and adjudges him guilty of the offenses charged in Counts Seventeen and Eighteen of the indictment against him.

MONROE, LOUISIANA, this 27 day of March, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

1